JS-6

FILED
CLERK, U.S. DISTRICT COURT

SEP 27 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NATHAN FELIX,<br><br>         Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE, INC.; and DOES 1 to 10,<br><br>         Defendants. | Case No. CV11-09427-R (FMOx)<br><br>[PROPOSED] JUDGMENT<br><br>Date:             August 6, 2012<br>Time:             10:00 a.m.<br>District Judge:   Manuel L. Real<br>Courtroom:        8<br>Magistrate Judge: Fernando M. Olguin<br>Courtroom:        F<br>Complaint Filed:  October 13, 2011<br>Trial Date:       August 28, 2012 |

Case No. CV11-09427-R (FMOx)
**[PROPOSED] JUDGMENT**

Defendant United Parcel Service, Inc.'s ("UPS") Motion for Summary Judgment, or in the Alternative, Summary Adjudication came on regularly for hearing at 10:00 a.m. on August 6, 2012, in Courtroom 8 of this Court, the Honorable Manuel L. Real, presiding. Upon full consideration of all the papers submitted in support of and in opposition to the motion, the evidence presented by the parties, the issues having been heard and a decision having been rendered, this Court orders summary judgment in favor of UPS as follows:

**IT IS ORDERED AND ADJUDGED** that Judgment be entered in favor of Defendant UPS that Plaintiff Nathan Felix take nothing, that the action be dismissed on the merits and that Defendant UPS recover its costs in the amount of $1,000.00.

DATED: Sept. 27, 2012

HON. MANUEL L. REAL

-1-   Case No. CV11-09427-R (FMOx)

[PROPOSED] JUDGMENT